

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00131-CV

CARL D. WOODARD AND                                        APPELLANTS
TIMOTHY D. WOODARD

V.

ROTORCRAFT SERVICES                                        APPELLEE
GROUP, INC.

------------

### FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 352-274417-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the "Agreed Motion of Appellants to Dismiss Appeal
and Cancel Oral Argument," which is unopposed. It is the court's opinion that the
motion should be granted; therefore, we dismiss the appeal and cancel the oral

---

[1]See Tex. R. App. P. 47.4.

argument scheduled for 1:30 p.m. on Wednesday, December 9, 2015. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: GARDNER, WALKER, and GABRIEL, JJ.

DELIVERED: December 7, 2015